IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § | CRIMINAL NO. H-11-101 |
| | § § | |
| VICTOR PASTRANA | § | |

**O R D E R**

The defendant filed an unopposed joint motion for continuance, (Docket Entry No. 30). The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendant in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | September 26, 2011 |
| Responses are to be filed by: | October 10, 2011 |
| Pretrial conference is reset to**:** | **October 17, 2011 at 8:45 a.m.** |
| Jury trial and selection are reset to: | **October 24, 2011 at 9:00 a.m.** |

SIGNED on June 3, 2011, at Houston, Texas.

Lee H. Rosenthal
United States District Judge